UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGGETT C. PHELPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUTTER HEALTH, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-02172-RFL<br><br>**ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER AND FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 5 |

　　　On April 16, 2024, the Court denied without prejudice Briggett Phelps's application to proceed *in forma pauperis*, as the application did not demonstrate that Phelps was unable to pay the filing fee for this action.  Phelps was ordered to either file an amended IFP application explaining why she is unable to afford the filing fee, or pay the filing fee of $405.00 by May 15, 2024.  To date, Phelps has done neither of those things.  Accordingly, Phelps is ordered to show cause in writing by **June 18, 2024**, why the action should not be dismissed for her failure to comply with the Court's order and for her failure to prosecute this action.  Alternatively, Phelps may either file an amended IFP application or pay the $405.00 filing fee by that same date.  **Failure to comply with this order will result in the dismissal of this action without further notice.**  *See* Fed. R. Civ. P. 41(b).

　　　IT IS SO ORDERED.

Dated: May 29, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1